Opinion filed September 13, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed September 13, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00200-CV 

                                                    __________

 

                                   MICHAEL GOODALL, Appellant

 

                                                             V.

 

                    VALLEY
FORGE INSURANCE COMPANY, Appellee

 



 

                                          On
Appeal from the 58th District Court

 

                                                       Jefferson
 County, Texas

 

                                                 Trial
Court Cause No. A-177512

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
trial court signed its judgment on May 1, 2007. 
Michael Goodall filed a notice of appeal but did not file an affidavit
of inability to pay costs on appeal in compliance with Tex. R. App. P. 20.1. 
The clerk of the trial court has stated in writing that Goodall has
failed to pay for the clerk=s record.








On
August 15, 2007, the clerk of this court wrote the parties advising them that
the requirements of Rule 20.1 had not been met and directing Goodall to forward
proof of payment for the clerk=s record to this court on or before August
30, 2007.  There has been no response to
our letter of August 15.

The
failure to file the clerk=s record appears to be due to Goodall=s actions. 
Therefore, the appeal is dismissed for want of prosecution.  Tex.
R. App. P. 37.3(b).

 

 

PER
CURIAM

 

September 13, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.